DAVID W. NEVINS v. CHARLES B. NEVINS and Others.— Motion denied, with

ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.